# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2013

146746

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RICKY ALLEN PARKS,
       Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146746
COA: 311435
Shiawassee CC: 02-007574-FC

_____/

      On order of the Court, the application for leave to appeal the January 3, 2013 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Shaver* (Docket No. 146521) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2013



h1016

Clerk